

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00596-CR

Mario Josue **QUINTERO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 11-07-10748-CR
The Honorable Camile G. Dubose, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is MODIFIED to correct a clerical error and to reflect that appellant Mario Josue Quintero was convicted of the offense of continuous sexual abuse of a child pursuant to section 21.02 of the Texas Penal Code. As modified, we AFFIRM the judgment of the trial court.

SIGNED April 15, 2015.

_____
Rebeca C. Martinez, Justice